UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| RACHEL J. LAMBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>　　　　Defendant. | Civil No. 3:20-CV-00414-MC<br><br><br>ORDER FOR REMAND |

　　　　Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for a period of disability, disability insurance benefits, and supplemental security income under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. On remand, the Administrative Law Judge will reevaluate the State agency consultants' opinions and provide legally sufficient reasons for accepting or rejecting any portion thereof; reassess Plaintiff's residual functional capacity; and, as necessary, obtain supplemental vocational evidence to reevaluate whether there are significant jobs in the national economy that Plaintiff could still perform despite her impairments. The ALJ will further develop the record, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

　　　　IT IS FURTHER ORDERED that the Clerk will enter judgment pursuant to this order. This remand should be made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff should be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

　　　　IT IS SO ORDERED this 9th day of February, 2021.

s/Michael J. McShane
UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

RENATA GOWIE, OSB #175273
Civil Chief

s/ Justin L. Martin
JUSTIN L. MARTIN
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-3735